No. 11–6132. RAMIREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–6133. SMITH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–6134. PRUITT *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–6144. CUSTER *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–6145. DALTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–6146. DAVIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–6148. BURKE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–6149. WARDELL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–6152. NEWELL *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–6154. SMOAK *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–6157. MANGUAL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–6158. HOLMES *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–6159. BERRY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–6163. CHOUP *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–6167. KYZAR *v.* RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

